# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTONIO ORPIADA,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:11-CV-00013-RCJ-(VPC)

**ORDER**

    Petitioner has filed a first amended petition for writ of habeas corpus (#10).  The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  Respondents will need to respond to it.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (#10).  If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    Dated: This 5th day of July, 2011.

                                                      _____
                                                     ROBERT C. JONES
                                                     Chief United States District Judge