AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA_____

ANTONIO ORPIADA,

              Petitioner,

V.

                            JUDGMENT IN A CIVIL CASE

                            CASE NUMBER: **3:11-CV-00013-RCJ-VPC**

E. K. MCDANIEL, et al.,

              Respondents.

**___**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**___**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#17) is **GRANTED**. This action is **DISMISSED** with prejudice for being untimely.
      **IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED** on the issue whether the court is correct in its determination that this action is untimely.

     __September 14, 2012__                     **LANCE S. WILSON**
                                       Clerk

                                  __/s/ D. R. Morgan__
                                     Deputy Clerk