AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ANTONIO ORPIADA,

    Petitioner,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:11-CV-00013-RCJ-VPC**

E. K. MCDANIEL, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#17) is **GRANTED**. This action is **DISMISSED** with prejudice for being untimely.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED** on the issue whether the court is correct in its determination that this action is untimely.

   September 14, 2012        **LANCE S. WILSON**
                                             Clerk

                                             /s/ D. R. Morgan
                                             Deputy Clerk